UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAMELA HIGGINS,<br>      Plaintiff,<br><br>v.<br><br>TOWN OF CONCORD, KATE HODGES,<br>and CHRISTOPHER WHELAN,<br>in their individual capacities,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 16-cv-10641-DLC<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' LIST OF DEPOSITION EXHIBITS - VOLUME ONE**

Excerpts of Deposition Testimony of:

1. Foley, Amelia A.;
2. Higgins, Pamela F.;
3. Hodges, Kate I.;
4. Logalbo, Anthony;
5. MacCulloch, Janice M.;
6. Straggas, Jonathan, S.; and
7. Whelan, Christopher.

                                            Respectfully submitted,
                                            The Defendants,
                                            TOWN OF CONCORD, KATE HODGES,
                                            and CHRISTOPHER WHELAN,
                                            By their Attorneys,
                                            **PIERCE DAVIS & PERRITANO LLP**

                                            */s/ Adam Simms*
                                            John Davis, BBO No. 115890
                                            Adam Simms, BBO No. 632617
                                            10 Post Office Square, Suite 1100N
                                            Boston, MA 02109-4603
                                            (617) 350-0950
                                            jdavis@piercedavis.com
                                            asimms@piercedavis.com

Dated: August 21, 2017

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on August 21, 2017.

                    */s/ Adam Simms*
                    Adam Simms